IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSEPH PROUT | : | CIVIL ACTION |
| v. | : | |
| BENJAMIN VARNER, et al. | : | NO. 07-4202 |

## ORDER

AND NOW, this 29th day of February, 2008, upon consideration of the pleadings and record herein, and after review of the Report and Recommendation of Chief United States Magistrate Judge Thomas J. Rueter, it is hereby

**ORDERED**

that:

1. The Report and Recommendation is APPROVED and ADOPTED;

2. Petitioner's Motion for Equitable Relief in the Exercise of this Court's Inherent Article III Powers and/or for Relief from Judgment (Doc. No. 1.) is DENIED; and

3. A certificate of appealability is not granted.

BY THE COURT:

_____
JAMES T. GILES,    J.